# EXHIBIT A

| External_Seller_ID | Merchant_Name | Merchant_Email | Address1 | District | City | State | Country_Name | Country_Code | Postal_Code |
|---|---|---|---|---|---|---|---|---|---|
| A3BMORM3MBW7OE | shenzhenshiyitaikejiyouxiangongsi | amzyitaikeji@163.com | 榕华天福居委黄麻布街2号之6 | 榕城区 | 揭阳市 | 广东省 | CHINA | CN | 522000 |

| External_Seller_ID | US Account Balance (USD) |
|---|---:|
| A3BMORM3MBW7OE | 32391.59 |

| External_Seller_ID | ASIN | Net_Ordered_Units | Net_Ordered_GMS_USD | Price per Unit |
|---|---|---|---|---|
| A3BMORM3MBW7OE | B09N6LCFH9 | 4412 | 114221.29 | 25.89 |