```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
TELEBRANDS CORP.,                                            :
                                  Plaintiff,                 :
                                                             :       22 Civ. 904 (LGS)
              -against-                                      :
                                                             :              ORDER
SHENZHEN YITAI TECHNOLOGY CO., LTD.,                         :
                                  Defendant.                 :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a Final Default Judgment and Permanent Injunction Order, issued May 5, 2022, granted judgment to Plaintiff against Defendant. Plaintiff's request for damages was then referred to Magistrate Judge James L. Cott for a post-default-judgment inquest.

WHEREAS, on January 3, 2023, Judge Cott issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded $114,221.29 in damages, plus post-judgment interest.

WHEREAS, the Report set a deadline for any objections fourteen days from service of the Report.

WHEREAS, on January 4, 2023, Plaintiff filed an affidavit of service on ECF, indicating that the Report had been served on Defendant on January 3, 2023.

WHEREAS, no objections were timely filed.

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district judge is required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to" by any party. Fed. R. Civ. P. 72(b)(3); *accord United States v. Romano*, 794 F.3d 317, 340 (2d Cir. 2015).

WHEREAS, the Court finds no clear error on the face of the record as to Judge Cott's recommendations. It is hereby

**ORDERED** that the Report is **ADOPTED** in full. Plaintiff is awarded $114,221.29 in damages, plus post-judgment interest under 28 U.S.C. § 1961(a).

Dated: March 8, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**