# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TELEBRANDS CORP.,

                Plaintiff,                              22 **CIVIL** 0904 (LGS)

       -against-                             **JUDGMENT**

SHENZHEN YITAI TECHNOLOGY CO., LTD.,

                Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 8, 2023, It is hereby ORDERED that the Report is ADOPTED in full. Plaintiff is awarded $114,221.29 in damages, plus post-judgment interest under 28 U.S.C. § 1961(a)..

**Dated:**  New York, New York

      March 8, 2023

                                                       **RUBY J. KRAJICK**

                                                      _____

                                                           **Clerk of Court**

                         **BY:**

                                                         _____

                                                          **Deputy Clerk**